

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00134-CV

**IN THE INTEREST OF A.L.B.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00106
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED August 11, 2021.

_____
Liza A. Rodriguez, Justice